COM.

v.

BURGESS, S.

1700 EDA 2016

Superior Court of Pennsylvania.

07/14/2017

CP–51–CR–0004901–2010
(Philadelphia)

Vacated/Remanded

■

COM.

v,

CALCAGNI, C.

1797 EDA 2016

Superior Court of Pennsylvania.

07/14/2017

CP–48–CR–0003287–2014 (Northampton)

Affirmed

■

COM.

v.

HALL, M.

1793 EDA 2016

Superior Court of Pennsylvania.

07/14/2017

CP–48–CR–0002103–2014
(Northampton)

Affirmed

■

COM.

v,

THORPE, J.

1938 EDA 2016

Superior Court of Pennsylvania.

07/14/2017

CP–51–CR–0604861–2001
(Philadelphia)

Affirmed